UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY COLLAR, et al.,

Plaintiffs,

v.

ROBINHOOD MARKETS, INC., et al.,

Defendants.

Case No.  26-cv-05724-TSH

**SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Edward M. Chen for consideration of whether the case is related to 26-cv-3415 Chehal et al v. Robinhood Markets, Inc. et al.

**IT IS SO ORDERED.**

Dated: July 2, 2026

_____

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California