United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRABHDEEP CHEHAL, et al.,

Plaintiffs,

v.

ROBINHOOD MARKETS, INC., et al.,

Defendants.

Case No. 26-cv-03415-EMC

**ORDER GRANTING MOTION TO CONSOLIDATE AND TO APPOINT INTERIM CLASS COUNSEL**

Docket No. 28

Pending before the Court is Plaintiffs' motion to consolidate and appoint interim class counsel. Having considered the papers submitted and the oral argument of counsel, the Court hereby **GRANTS** the motion.

## I. CONSOLIDATION

1. Pursuant to Federal Rule of Civil Procedure 42, the following actions are consolidated for all purposes, including for pretrial proceedings and trial.

- No. C-26-3415 EMC, *Chehal v. Robinhood Markets, Inc.*
- No. C-26-5610 EMC, *Mazza v. Robinhood Markets, Inc.*
- No. C-26-5724 EMC, *Collar v. Robinhood Markets, Inc.*
- No. C-26-5978 EMC, *Austin v. Robinhood Markets, Inc.*

2. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

/ / /

/ / /

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ROBINHOOD PREDICTION MARKET LITIGATION | Lead Case No. 3:26-cv-03415<br>CLASS ACTION |
| This Document Relates To:<br>ALL ACTIONS. | |

3. The file in *Chehal* shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the *Mazza*, *Collar*, and *Austin* actions. When a document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To," the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

4. All persons in the United States who lost money trading one or more sports event contracts on Robinhood who file a case subsequently filed in, or transferred to, this District shall be consolidated into this action.

5. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

6. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

## II. APPOINTMENT OF INTERIM CLASS COUNSEL

1. The Court appoints as Interim Class Counsel:

- Stuart A. Davidson of Robbins Geller Rudman & Dowd LLP.
- Philip M. Black of Wolf Popper LLP.

The appointment is of the individual attorneys, and not their law firms, although counsel may rely



United States District Court
Northern District of California

United States District Court
Northern District of California

on attorneys from their firms to litigate the case. The Court encourages the active participation of (and Court appearances by) attorneys with fewer than 5 years of experience where appropriate.

2. Interim Class Counsel shall have sole authority to communicate with Defendants' counsel, any third-parties, and the Court on behalf of all plaintiffs in the putative Class. Defendants' counsel may rely on all agreements made with Interim Class Counsel and such agreements shall be binding on all counsel for the Class.

3. Interim Class Counsel shall submit a proposed protocol for controlling attorneys' fees and expenses within one week of the date of this order. *See, e.g.*, *In re Carrier IQ Consumer Privacy Litig.*, No. 12-md-02330-EMC (Docket No. 100); *In re Chrysler-Dodge-Jeep Ecodiesel Mktg., Sales Pracs. & Prods. Liab. Litig.*, No. 17-md-2777 EMC (N.D. Cal.) (Docket No. 181); *In re Fibrogen, Inc. Secs. Litig.*, No. C-21-2623 EMC (N.D. Cal.) (Docket No. 94).

This docket disposes of Docket No. 28.

**IT IS SO ORDERED**.

Dated: July 19, 2026



EDWARD M. CHEN
United States District Judge