ROBBINS GELLER RUDMAN
& DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com

WOLF POPPER LLP
PHILIP M. BLACK (SBN 308619)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415/745-3232
pblack@wolfpopper.com

Attorneys for Plaintiffs and Interim Class Counsel

[Additional counsel listed in signature block.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ROBINHOOD PREDICTION MARKET LITIGATION | Case No. 3:26-cv-03415 |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | Judge: Hon. Edward M. Chen |
| ALL ACTIONS. | |

## <u>**PLAINTIFFS' STATEMENT OF RECENT DECISION**</u>

Pursuant to Local Rule 7-3(d)(2), and in connection with Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration and Stay Litigation (the "MTC Opposition," Dkt. No. 56), Plaintiffs hereby file this Statement of Recent Decision to bring to the Court's attention the Ninth Circuit's recent decision in *Blue Lake Rancheria v. Kalshi, Inc.,* No. 25-7504, 2026 WL 2728466 (9th Cir. Sept. 16, 2026). A true and correct copy of the decision is attached as Exhibit A.

DATED: September 17, 2026

WOLF POPPER LLP
PHILIP M. BLACK* (SBN 308619)

/s/ *Philip M. Black*
Philip M. Black

100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415/745-3232
pblack@wolfpopper.com

ROBBINS GELLER RUDMAN
& DOWD LLP
STUART A. DAVIDSON* (*pro hac vice*)
FACUNDO M. SCIALPI (*pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com
fscialpi@rgrdlaw.com

Attorneys for Plaintiffs and *Co-Interim Class Counsel

ROBBINS GELLER RUDMAN
& DOWD LLP
BRIAN E. COCHRAN (SBN 286202)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS (SBN 213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
shawnw@rgrdlaw.com

HERMAN JONES LLP
JOHN C. HERMAN (*pro hac vice*)
3424 Peachtree Road, NE, Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6500
jherman@hermanjones.com

HERMAN JONES LLP
SERINA M. VASH
153 Central Avenue, Suite 131
Westfield, NJ 07090
Telephone: 862/250-3930
svash@hermanjones.com

LAW OFFICE OF GEORGE W. COCHRAN
GEORGE W. COCHRAN
1981 Crossfield Circle
Kent, OH 44240
Telephone: 330/607-2187
lawchrist@gmail.com

Attorneys for Plaintiffs Mazza, Austin, and Gregory

WOLF POPPER LLP
ROBERT FINKEL (*pro hac vice*)
TIMOTHY BRENNAN (*pro hac vice*)
570 Lexington Ave.
New York, NY 10022
Telephone: 212/759-4600
rfinkel@wolfpopper.com
tbrennan@wolfpopper.com

ISQUITH LAW
FRED T. ISQUITH (*pro hac vice*)
103 East 84th Street
New York, NY 10028
Telephone: 718/775-6478
isquithlaw@gmail.com

Attorneys for Plaintiffs Chehal, Patel, Levi, Gayed, Collar, Jordan, Reyes, and Ngafua